## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA L.,** | : | **CIVIL ACTION** |
|      **Plaintiff,** | : | |
| | : | |
| vs. | : | NO.   23-cv-4528 |
| | : | |
| **CAROLYN COLVIN,**[1] | : | |
| **Commissioner of Social Security,** | : | |
|      **Defendant.** | : | |

### O R D E R

**AND NOW**, this __18th__ day of December, 2024, upon consideration of Plaintiff's Request for Review (ECF No. 11), Defendant's response thereto (ECF No. 12) and Plaintiff's Reply (ECF No. 17), and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**; and

2. Judgment is entered in favor of Defendant.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Carolyn Colvin was appointed as the Acting Commissioner of Social Security on November 30, 2024, after the resignation of Martin O'Malley. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Ms. Colvin should be substituted as the defendant in this case. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).